UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD HARRY CONSTABLE,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURT,<br><br>Respondent. | No. 2:25-cv-1434 DJC AC P<br><br><br><br>ORDER |

Petitioner has requested the appointment of counsel. ECF No. 12. There currently exists no absolute right to appointment of counsel in habeas proceedings. Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A(a)(2) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require." In light of the currently pending findings and recommendations which recommend dismissing the petition (ECF No. 10), the undersigned does not find that the interests of justice would be served by the appointment of counsel at the present time. However, petitioner will be granted an extension of time to file any objections to the findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for appointment of counsel (ECF No. 12) is DENIED; and

////

////

1

2. Petitioner shall have an additional twenty-one days, up to December 15, 2025, to file objections to the November 5, 2025 findings and recommendations.

DATED: November 20, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE